340

**Nicholas J. CURTIS, Plaintiff-Appellant, v. UTAH FUEL COMPANY et al., Defendants-Appellees.**

No. 8664.

Argued Jan. 16, 1945.

Decided March 5, 1945.

Circuit Court of Appeals, Third Circuit.

Nicholas J. Curtis, for himself.

H. Collin Minton, Jr., of Trenton, N. J., for appellee Utah Fuel Co. and others.

Addison P. Rosenkrans and William V. Rosenkrans, both of Paterson, N. J., on the brief pro se.

George A. Cella, of Trenton, N. J., on the brief for Geo. Lavdas and Louis Antonopoulos.

Constantine Donato, of Trenton, N. J., on the brief for Savoy Restaurant and James Millas.

Before BIGGS, GOODRICH, and McALLISTER, Circuit Judges.

PER CURIAM.

The judgment of the court below, 59 F.Supp. 680, is affirmed.

**Jesse H. ERSTEIN, Appellant, v. J. R. NICHOLSON, Administrator of Estate of Mary Russell Foote, Deceased, Appellee.**

No. 9919.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1945.

McCobb & Heaney, of Grand Rapids, Mich., for appellant.

Harry D. Reber, of Fremont, Mich., and J. Donald Murphy, of White Cloud, Mich., for appellee.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This appeal came on for hearing on the record, and on the briefs and oral arguments of the attorneys for the parties; and it appearing that the findings of fact of the District Court are grounded upon substantial evidence and are not clearly erroneous, and that the conclusions of law drawn therefrom are correct, the judgment below, entered in the District Court on February 15, 1944, is affirmed for the reasons stated in the opinion of the District Court filed on February 11, 1944, 59 F. Supp. 352.

**H. C. JONES, United States Collector of Internal Revenue for the District of Oklahoma, v. TIDE WATER ASSOCIATED OIL COMPANY, a Corporation.**

No. 3135.

Circuit Court of Appeals, Tenth Circuit.

March 12, 1945.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

No appearance for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellant.